# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| GREG ADKISSON, et al., ) <br>     Plaintiffs, ) <br> v. ) <br> JACOBS ENGINEERING GROUP, INC., ) <br>     Defendant. ) | No. 3:13-CV-505-TAV-HBG <br><br> *Lead case consolidated with* |
| KEVIN THOMPSON, ET AL., ) <br>     Plaintiffs, ) <br> v. ) <br> JACOBS ENGINEERING GROUP, INC., ) <br>     Defendant. ) | No. 3:13-CV-666-TAV-HBG <br><br> *as consolidated with* |
| JOE CUNNINGHAM, et al, ) <br>     Plaintiffs, ) <br> v. ) <br> JACOBS ENGINEERING GROUP, INC., ) <br>     Defendant. ) | No. 3:14-CV-20-TAV-HBG |
| BILL ROSE, ) <br>     Plaintiff, ) <br> v. ) <br> JACOBS ENGINEERING GROUP, INC., ) <br>     Defendant. ) | No. 3:15-CV-17-TAV-HBG |
| CRAIG WILKINSON, ET AL., ) <br>     Plaintiffs, ) <br> v. ) <br> JACOBS ENGINEERING GROUP, INC., ) <br>     Defendant. ) | No.: 3:15-CV-274-TAV-HBG |
| ANGIE SHELTON, as wife and next of kin ) <br> on behalf of Mike Shelton, et al., ) <br>     Plaintiffs, ) <br> v. ) <br> JACOBS ENGINEERING GROUP, INC., ) <br>     Defendant. ) | No.: 3:15-CV-420-TAV-HBG |
| JOHNNY CHURCH, ) <br>     Plaintiff, ) <br> v. ) <br> JACOBS ENGINEERING GROUP, INC., ) <br>     Defendant. ) | No.: 3:15-CV-460-TAV-HBG |

| | |
|---|---|
| DONALD R. VANGUILDER, JR., )<br>    Plaintiff, )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., )<br>    Defendant. ) | No. 3:15-CV-462-TAV-HBG |
| JUDY IVENS, as sister and next of kin, )<br>on behalf of JEAN NANCE, deceased, )<br>    Plaintiff, )<br>    )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., )<br>    Defendant. ) | No. 3:16-CV-635-TAV-HBG |
| PAUL RANDY FARROW, )<br>    Plaintiff, )<br>    )<br>v. )<br>JACOBS ENGINEERING GROUP, INC., )<br>    Defendant. ) | No. 3:16-CV-636-TAV-HBG |

**JACOBS ENGINEERING GROUP, INC.'S RESPONSE
TO PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND
TO JACOBS ENGINEERING GROUP, INC.'S RENEWED MOTION
FOR PARTIAL SUMMARY JUDGMENT ON GENERAL CAUSATION**

Defendant, Jacobs Engineering Group, Inc., does not oppose Plaintiffs' motion for additional time to respond to its Renewed Motion for Partial Summary Judgment on General Causation.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ James F. Sanders
    James F. Sanders   No. 005267
    jsanders@nealharwell.com
    J. Isaac Sanders   No. 029372
    isanders@nealharwell.com
    Marie T. Scott   No. 032771
    mscott@nealharwell.com
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573


**SMITH CASHION & ORR, PLC**
Jefferson C. Orr   (No. 12743)
jorr@smithcashion.com
S. Joe Welborn   (No. 21747)
jwelborn@smithcashion.com
Joshua K. Chesser   (No. 27993)
jchesser@smithcashion.com
231 Third Avenue North
Nashville, Tennessee 37201
Telephone: (615) 742-8555
Facsimile: (615) 742-8556

*Attorneys for Defendant*
*Jacobs Engineering Group, Inc.*


## CERTIFICATE OF SERVICE

    I hereby certify that on this the 26th day of March 2018, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                                  /s/ James F. Sanders