# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 09, 2019

Mr. Theodore J. Boutrous, Jr.
Gibson Dunn
333 S. Grand Avenue
Los Angeles, CA 90071

Ms. Theane Diana Evangelis
Gibson Dunn
333 S. Grand Avenue
Los Angeles, CA 90071

Re:  Case No. 19-5508, *In re: Jacobs Engineering Group, Inc*
Originating Case No. : 3:13-cv-00505 : 3:13-cv-00666 : 3:14-cv-00020 : 3:15-cv-00017 : 3:15-cv-00274 : 3:15-cv-00420 : 3:15-cv-00460 : 3:15-cv-00462 : 3:16-cv-00635 : 3:16-cv-00636

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Karen S. Fultz
Case Manager
Direct Dial No. 513-564-7036

cc:  Mr. John L. Medearis

Enclosure

No. 19-5508

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 09, 2019
DEBORAH S. HUNT, Clerk

In re: JACOBS ENGINEERING GROUP, INC.,       )
                                             )
     Petitioner.                             )     O R D E R
                                             )
                                             )

    Defendant Jacobs Engineering Group, Inc. petitions for a writ of mandamus directing the district court to vacate a Phase I jury verdict to protect its Seventh Amendment rights. The plaintiffs, as the respondents, are directed to file an answer to the petition for a writ of mandamus within fourteen days of the entry of this order. *See* Fed. R. App. P. 21(b).

                                ENTERED PURSUANT TO RULE 45(a)
                                RULES OF THE SIXTH CIRCUIT

                                Deborah S. Hunt, Clerk