# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

GREG ADKISSON, et al., )
    Plaintiffs, )
v. ) No. 3:13-CV-00505-TAV-HBG
JACOBS ENGINEERING GROUP, INC., )
    Defendant. ) *Lead case consolidated with*
_____ )

KEVIN THOMPSON, et al., )
    Plaintiffs, )
v. ) No. 3:13-CV-00666-TAV-HBG
JACOBS ENGINEERING GROUP, INC., )
    Defendant. )
_____ )

JOE CUNNINGHAM, et al., ) *as consolidated with*
    Plaintiffs, )
v. ) No. 3:14-CV-00020-TAV-HBG
JACOBS ENGINEERING GROUP, INC., )
    Defendant. )
_____ )_____

BILL ROSE, )
    Plaintiff, )
v. ) No. 3:15-CV-00017-TAV-HBG
JACOBS ENGINEERING GROUP, INC., )
    Defendant. )
_____ )

CRAIG WILKINSON, et al., )
    Plaintiffs, )
v. ) No.: 3:15-CV-00274-TAV-HBG
JACOBS ENGINEERING GROUP, INC., )
    Defendant. )
_____ )

ANGIE SHELTON, as wife and next of kin )
on behalf of Mike Shelton, et al., )
    Plaintiffs, )
v. ) No.: 3:15-CV-00420-TAV-HBG
JACOBS ENGINEERING GROUP, INC., )
    Defendant. )
_____ )

JOHNNY CHURCH, )
    Plaintiff, )
v. ) No.: 3:15-CV-00460-TAV-HBG
JACOBS ENGINEERING GROUP, INC., )
    Defendant. )

1

| | | |
|---|---|---|
| DONALD R. VANGUILDER, JR., | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 3:15-CV-00462-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| | ) | |
| JUDY IVENS, as sister and next of kin, | ) | |
| on behalf of JEAN NANCE, deceased, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 3:16-CV-00635-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| | ) | |
| PAUL RANDY FARROW, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 3:16-CV-00636-TAV-HBG |
| JACOBS ENGINEERING GROUP, INC., | ) | |
|     Defendant. | ) | |
| | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now Plaintiff Gail Kilby (wife of Plaintiff Jimmy Kilby) and Defendant, Jacobs Engineering Group, Inc., by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the action brought by Gail Kilby against Jacobs Engineering Group, Inc., with each party to bear its own attorney's fees and costs. The parties agree that the action brought by Jimmy Kilby against Jacobs Engineering Group, Inc. will continue.

Respectfully submitted this 13th day of October, 2020.

**GREG COLEMAN LAW PC**

By: */s/ Louis W. Ringger, III*
Gregory F. Coleman, TN Bar No. 14092
Louis W. Ringger, III, TN Bar No. 33674
Adam A. Edwards, TN Bar No. 23253

Mark E. Silvey, TN Bar No. 13415
Justin G. Day, TN Bar No. 33267
William A. Ladnier, TN Bar No. 34316
800 S. Gay Street, Suite 1100
Knoxville, TN 37902
T: (865) 247-0080
F: (865) 522-0049
Email: billy@gregcolemanlaw.com
        greg@gregcolemanlaw.com
        adam@gregcolemanlaw.com
        mark@gregcolemanlaw.com
        justin@gregcolemanlaw.com
        will@gregcolemanlaw.com

**DAVIS & WHITLOCK, P.C.**
Gary A. Davis, TN Bar No. 009766
James S. Whitlock NC Bar No. 34303
(admission *Pro Hac Vice*)
21 Battery Park Ave, Suite 206
Asheville, NC 28801
T: (828) 622-0044
F: (828) 398-0435
gadavis@enviroattorney.com
jwhitlock@enviroattorney.com

**MARKET STREET LAW, PLLC**
James K. Scott, BPR #16893
Keith D. Stewart, BPR #17574
John Tyler Roper, BPR #21927
625 Market Street, 14th Floor
Knoxville, TN 37902
T: (865) 888-9995
F: (866) 245-0989
jimscott264@gmail.com
keithdstewart@gmail.com
tylerroperlaw@gmail.com

**BRIDGEFRONT LAW GROUP PLLC**
John B. Dupree
616 W. Hill Ave, 2nd Floor
Knoxville, TN 37902
T: (865) 223-5184
john.dupree@knoxtnlaw.com

**FRIEDMAN, DAZZIO, ZULANAS &
BOWLING, PC**
Jeffrey E. Friedman, Ala. Bar No. asb-

3

6868-n77j
(admission *Pro Hac Vice*)
3800 Corporate Woods Drive
Birmingham, AL 35242
T: (205) 278-7000
F: (205) 278-7001
jfriedman@friedman-lawyers.com

*Attorneys for Plaintiffs*


**PAINE, TARWATER, BICKERS, LLP**


By: *s/Dwight E. Tarwater*
Dwight E. Tarwater (BPR #007244)
det@painetarwater.com
Catherine W. Anglin (BPR #028120)
cwa@painetarwater.com
900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37902-1821
Telephone: (865) 525-0880
Facsimile: (865) 521-7441

**NEAL & HARWELL, PLC**
James F. Sanders (No. 005267)
jsanders@nealharwell.com
J. Isaac Sanders (No. 029372)
isanders@nealharwell.com
Marie T. Scott (No. 032771)
mscott@nealharwell.com
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous (*pro hac vice*)
tboutrous@gibsondunn.com
Theane Evangelis (*pro hac vice*)
tevangelis@gibsondunn.com
Peter S. Modlin (*pro hac vice*)
Diana M. Feinstein (*pro hac vice*)
dfeinstein@gibsondunn.com
Jeremy S. Smith (*pro hac vice*)
jssmith@gibsondunn.com

4

333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520

*Attorneys for Defendant*
*Jacobs Engineering Group Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 13, 2020, a copy of the foregoing was filed electronically. Notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's electronic filing system.

_s/Louis W. Ringger, III_
Attorney for Plaintiffs
