## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 05, 2022

Ms. LeAnna Wilson
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

        Re:  Case No. 21-5801, *Greg Adkisson, et al v. Jacobs Engineering Group, Inc*
           Originating Case No. : 3:13-cv-00505 : 3:13-cv-00666 : 3:14-cv-00020 : 3:15-cv-00017 :
           3:15-cv-00274 : 3:15-cv-00420 : 3:15-cv-00460 : 3:15-cv-00462 : 3:16-cv-00635 : 3:16-
           cv-00636

Dear Ms. Wilson,

    Enclosed is a copy of the mandate filed in this case.

                                                    Sincerely yours,

                                                    s/Divya Kumar
                                                    For Ryan Orme, Case Manager

cc:  Ms. Catherine W. Anglin
      Mr. David Demar Ayliffe
      Mr. Theodore J. Boutrous Jr.
      Ms. Theane Diana Evangelis
      Mr. David B. Fountain
      Mr. William James Harbison II
      Mr. William A. Ladnier
      Mr. Peter S. Modlin
      Mr. Louis W. Ringger III
      Mr. James Isaac Sanders
      Mr. Mark E. Silvey
      Mr. Jeremy Sokol Smith

Mr. Dwight Edward Tarwater

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-5801

_____

Filed: July 05, 2022

GREG ADKISSON; DONNA ADKISSON; GABRIEL BILLINGSLEY; LEONARD BLEDSOE; JULIE BLEDSOE; CARL BOOKER; KAREN BOOKER; JEFFERY BREWER; TAMMY BREWER; ANSOL CLARK; ANNA CLARK; DAN CODY; ELAINE CODY; PHILIP CRICK; BRENDA CRICK; ENOCH ROY EDMONDS; BRENDA EDMONDS; BILLY GIBSON; TIMOTHY GIBSON; REBECCA GIBSON; WILLIAM HEDGECOTH; STAN HILL; BILLY ISLEY; DAVID JOHNSON; DAVID JONES; JIMMY KILBY; MICHAEL J. MCCARTHY; CLINT MANNIS; MARGARET MANNIS; JOE PURSIFUL; BRENDA PURSIFUL; RALPH RAMEY; JIMMY ROBERTS; ROBBIE ROBERTS; BRIAN SUMMERS; ROBERT TEDDER; BRIAN THACKER; ANGE THACKER; MICHAEL WATKINS; JASON WILLIAMS; TINA WILLIAMS; KEVIN THOMPSON; JOY THOMPSON; SHAWN TRAVIS SMITH; JOE CUNNINGHAM; KALEB WILLIAM ROSE; CRAIG WILKINSON; CHRISTINA L. WILKINSON; TIM BANDY; HARVEY BASS; CHRIS JONES; GLENN KNIGHT; FRANKIE NORRIS; JEFF TOWNSLEY; TIMOTHY TURNER; JAMES PHILLIPS; KENNETH SHEPHERD; ANGIE SHELTON; RICKY DEAN SHELTON; JOHNNY CHURCH; DONALD R. VANGUILDER, JR.; JUDY IVENS; PAUL RANDY FARROW

        Plaintiffs - Appellees

v.

JACOBS ENGINEERING GROUP, INC.

        Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 06/13/2022 the mandate for this case hereby issues today.

COSTS:  None