UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
<u>AT KNOXVILLE</u>

| | |
|---|---|
| JUDY IVENS, as sister and next of kin, on behalf of JEAN NANCE, deceased,<br>  Plaintiff,<br>v.<br>JACOBS ENGINEERING GROUP, INC.,<br>  Defendant. | )<br>)<br>)<br>)  No. 3:16-CV-635-TAV-SKL<br>)<br>)<br>) |

## **AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Judy Ivens, as sister and next of kin of Jean Nance (deceased), and Defendant Jacobs Engineering Group Inc. (collectively, "the Parties") hereby file an agreed stipulation to dismiss all claims by Plaintiff *with prejudice* pursuant to E.D. Tenn. L.R. 68.1 and Fed. R. Civ. P. 41(a)(1)(A)(ii) in the above-captioned matter, with each party to bear its own attorney's fees and costs.

The Parties hereby stipulate that all matters in controversy have been compromised and settled, and all of Plaintiff's claims are therefore dismissed with prejudice.

**MILBERG COLEMAN BRYSON
PHLLIPS GROSSMAN PLLC**

By: *s/ Gregory F. Coleman*
Gregory F. Coleman, TN Bar No. 14092
Louis W. Ringger, III, TN Bar No. 33674
Adam A. Edwards, TN Bar No. 23253
Mark E. Silvey, TN Bar No. 13415
William A. Ladnier, TN Bar No. 34316 800
S. Gay Street, Suite 1100 Knoxville, TN
37902 T: (865) 247-0080 F: (865) 522-0049
Email: bringger@milberg.com
  gcoleman@milberg.com
  aedwards@milberg.com
  msilvey@milberg.com
  wladnier@milberg.com

**MARKET STREET LAW, PLLC**
James K. Scott, BPR #16893
Keith D. Stewart, BPR #17574
John Tyler Roper, BPR #21927
625 Market Street, 14th Floor
Knoxville, TN 37902
T: (865) 888-9995
F: (866) 245-0989
jimscott264@gmail.com
keithdstewart@gmail.com
tylerroperlaw@gmail.com

**BRIDGEFRONT LAW GROUP PLLC**
John B. Dupree
616 W. Hill Ave, 2nd Floor
Knoxville, TN 37902
T: (865) 223-5184
john.dupree@knoxtnlaw.com

**DAVIS & WHITLOCK, P.C.**
Gary A. Davis, TN Bar No. 009766
James S. Whitlock NC Bar No. 34303
(admission *Pro Hac Vice*)
21 Battery Park Ave, Suite 206
Asheville, NC 28801
T: (828) 622-0044
F: (828) 398-0435
gadavis@enviroattorney.com
jwhitlock@enviroattorney.com

**FRIEDMAN, DAZZIO, ZULANAS & BOWLING, PC**
Jeffrey E. Friedman, Ala. Bar No. asb-6868-n77j
(admission *Pro Hac Vice*)
3800 Corporate Woods Drive
Birmingham, AL 35242
T: (205) 278-7000
F: (205) 278-7001
jfriedman@friedman-lawyers.com

*Attorneys for Plaintiffs*

**PAINE, TARWATER, BICKERS, LLP**

By: s/*Dwight E. Tarwater*
Dwight E. Tarwater (BPR #007244)
det@painetarwater.com
Catherine W. Anglin (BPR #028120)
cwa@painetarwater.com
900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37902-1821
Telephone: (865) 525-0880
Facsimile: (865) 521-7441

**NEAL & HARWELL, PLC**
James F. Sanders (No. 005267)
jsanders@nealharwell.com
J. Isaac Sanders (No. 029372)
isanders@nealharwell.com
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous (*pro hac vice*)
tboutrous@gibsondunn.com
Theane Evangelis (*pro hac vice*)
tevangelis@gibsondunn.com
Peter S. Modlin (*pro hac vice*)
Diana M. Feinstein (*pro hac vice*)
dfeinstein@gibsondunn.com
Jeremy S. Smith (*pro hac vice*)
jssmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Defendant*
*Jacobs Engineering Group Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2023, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

>                                         */s/ Dwight E. Tarwater*