

Supreme Court – Middle Division
Appellate Court Clerk's Office - Nashville
100 Supreme Court Building
401 7th Avenue North
Nashville, TN 37219-1407
(615) 741-2681

**FILED**
JUL 24 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

U. S. DISTRICT COURT OF TENNESSEE
800 Market Street, Suite 130
Knoxville TN 37902-9907

Re: M2021-01239-SC-R23-CV - GREG ADKISSON, ET AL v. JACOBS ENGINEERING GROUP, INC.

Notice: Case Dispositional Decision - Dismissing Appeal (Voluntary)

Attached to this cover letter, please find the referenced notice issued in the above case. If you have any questions, please feel free to call our office at the number provided.

cc: Dwight Edward Tarwater
Mark E. Silvey
U. S. DISTRICT COURT OF TENNESSEE

Additional case information can be found at www.tncourts.gov

# IN THE SUPREME COURT OF TENNESSEE
# AT NASHVILLE

## GREG ADKISSON, ET AL v. JACOBS ENGINEERING GROUP, INC.

U. S. DISTRICT COURT OF TENNESSEE
3-13-CV-505-TAV-HBG, 3-13-CV-666-TAV-HBG, 3-14-CV-20-TAV-HBG, 3-15-CV-17-TAV-HBG, 3-15-CV-274-TAV-HBG, 3-15-CV-420-TAV-HBG, 3-15-CV-460-TAV-HBG, 3-15-CV-462-TAV-HBG, 3-16-CV-635-TAV-HBG, 3-17-CV-282-TAV-HBG, 3-17-CV-547-TAV-HBG, 3-18-CV-153-TAV-HBG, 3-19-CV-219-TAV-HBG

No. M2021-01239-SC-R23-CV

Date Printed: 07/21/2023               Notice / Filed Date: 07/21/2023

---

### NOTICE - Case Dispositional Decision - Dismissing Appeal (Voluntary)

---

The Appellate Court Clerk's Office has entered the above action.

James M. Hivner
Clerk of the Appellate Courts

FILED
07/21/2023
Clerk of the
Appellate Courts

IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

GREG ADKISSON, ET AL. v. JACOBS ENGINEERING GROUP, INC.

No. M2021-01239-SC-R23-CV

**ORDER**

On July 13, 2023, all parties in this matter filed an Agreed Stipulation of Dismissal with Prejudice dismissing all claims with prejudice pursuant to E.D. Tenn. L.R. 68.1 and Fed. R. Civ. P. 41(a)(1)(A)(ii) in the above-captioned matter, with each party to bear its own costs. Accordingly, the appeal is DISMISSED.

PER CURIAM